IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARIE VILLARD,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **WHITEMARSH CONTINUING CARE** | : | |
| **RETIREMENT CMTY.,** | : | |
| **Defendant.** | : | **NO. 10-7230** |

## ORDER

AND NOW, this 14th day of December, 2012, upon consideration of Defendant Whitemarsh Continuing Care Retirement Community's Motion for Summary Judgment (Docket No. 14), Plaintiff Marie Villard's opposition thereto (Docket Nos. 17-19), Defendant's reply in support of its motion (Docket No. 20), and Plaintiff's surreply (Docket No. 23), it is hereby ORDERED that the Defendant's Motion for Summary Judgment is DENIED in part and GRANTED in part as outlined in the accompanying Memorandum.

A status conference in this matter is scheduled for Friday, January 18, at 2:00 p.m. in Chambers, Room 10613, in the United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106, to discuss revised deadlines and the parties' trial preparations.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge